EXHIBIT "A"

1  DAVID S. WILSON, III, ESQ., State Bar No. 174185
   dswilson@fedex.com
2  STACEY O. JUE, ESQ., State Bar No. 231429
   stacey.jue@fedex.com
3  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
4  Irvine, California 92614
   Telephone: (949) 862-4638
5  Facsimile: (949) 862-4605

6  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION
7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                              COUNTY OF ALAMEDA
10

11 ANTHONY YARBER,                        Case No.: RG07321738
12
         PLAINTIFF,
13                                         **NOTICE OF FILING NOTICE OF**
   vs.                                     **REMOVAL IN THE UNITED STATES**
14                                         **DISTRICT COURT FOR THE NORTHERN**
   FEDERAL EXPRESS CORPORATION, a          **DISTRICT OF CALIFORNIA**
15 business entity, and DOES 1-25, inclusive,

16                                         Complaint Filed: April 20, 2007
         DEFENDANTS.                       Trial Date: None Set
17

18

19

20

21

22 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

23       PLEASE TAKE NOTICE that on the 22 day of May, 2007, Defendant Federal Express

24 Corporation filed with the Clerk of the United States District Court for the Northern District of

25 California a Notice of Removal of the above-entitled action to said Court from the Superior Court of

26 the State of California for the County of Alameda. A copy of the Notice of Removal, and the

27 attachments thereto, are attached hereto and served herewith as exhibit 1.

EXHIBIT A
PAGE 7

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1441, the filing of the Notice of Removal in the District Court, together with the filing of a copy of the Notice with this Superior Court, effects the removal of this action and this Superior Court may proceed no further unless or until the case is remanded.

Dated: May 22, 2007.

Respectfully submitted,

*[signature]*

Stacey D. Jue
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

644591

EXHIBIT A
PAGE 8

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340

- 2 -
NOTICE OF FILING NOTICE OF REMOVAL IN UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is FedEx Express, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 22, 2007, I served the within document(s):

**NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with OC Corporate Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California in accordance with Federal Express Corporation's ordinary business practices.

Paul B. Justi, Esq.
Law Offices of Paul B. Justi
18 Crow Canyon Court
San Ramon, CA 94583
Tel: 925-837-9677 / Fax: 925-837-0548

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 22, 2007, at Irvine, California.

*Valerie Dimalanta-Segal*
Valerie Dimalanta-Segal

EXHIBIT A
PAGE 9

- 3 -
NOTICE OF FILING NOTICE OF REMOVAL IN UNITED STATES DISTRICT COURT