EXHIBIT "B"

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
04/23/2007
Log Number 512157539


RECEIVED APR 24 2007 LITIGATION DEPT.

TO: Tracey Wheatley
Federal Express Corporation
3620 Hacks Cross Road, Third Floor
Building B
Memphis, TN, 38125-

RE: **Process Served in California**

FOR: Federal Express Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Anthony Yarber, Pltf. vs. Federal Express Corporation, etc., et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Cover Sheet |
| COURT/AGENCY: | Alameda County, Oakland, Superior Court, CA<br>Case # RG07321738 |
| NATURE OF ACTION: | Employee Litigation - Discrimination - On the basis of age - Failure to pay wages due |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 04/23/2007 at 15:20 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Paul B. Justi<br>Law Offices of Paul B. Justi<br>18 Crow Canyon Court<br>San Ramon, CA, 94583<br>925-837-9677 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 798158674667<br>Image SOP - Page(s): 12<br>Email Notification, Dwayne S Byrd dsbyrd@fedex.com<br>Email Notification, Jeff Kelsey jkelsey@fedex.com |
| SIGNED:<br>PER:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>Dianne Christman<br>818 West Seventh Street<br>Los Angeles, CA, 90017<br>213-337-4615 |

RECEIVED
APR 24 2007
Cynthia J ...ms
Managing Director Litigation

EXHIBIT _B_
PAGE _10_

Page 1 of 1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.