COPY

1 | DAVID S. WILSON, III, ESQ. State Bar No. 174947
dswilson@fedex.com
2 | STACEY O. JUE, ESQ., State Bar No. 231429
stacey.jue@fedex.com
3 | **FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
4 | Irvine, California 92614
Telephone: (949) 862-4638
5 | Facsimile: (949) 862-4605

7 | Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

ORIGINAL FILED
07 MAY 22 AM 10: 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

ADR
E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANTHONY YARBER,

  Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION, a business entity; and DOES 1-25, inclusive,

  Defendants.

CASE NO.: C07 02695 EMC

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

1

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1 |     Pursuant to United States District Court for the Northern District of California Local Rule 3-13, counsel for Defendant Federal Express Corporation (hereinafter referred to as "Defendant") hereby avers that:

    1.    To Defendant's knowledge, no action previously filed or currently pending in the Northern District appears to arise from the same or closely related transaction, happening, or event as in the pending lawsuit of Anthony Yarber (hereinafter referred to as "Plaintiff").

    2.    To Defendant's knowledge, no action previously filed or currently pending in the Northern District appears to call for determination of the same or substantially related or similar questions of law and fact as Plaintiff's pending lawsuit;

    3.    To Defendant's knowledge, no action previously filed or currently pending in the Northern District appears likely to entail substantial duplication of labor if heard by a different judge as Plaintiff's lawsuit; and

    4.    Plaintiff's pending lawsuit does not involve issues of patent, trademark, or copyright.

DATED: May 22, 2007.

Respectfully submitted,

By: _____
STACEY D. JUE
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

643991

**CERTIFICATE OF SERVICE**

I declare that I am employed with the Legal Department of Federal Express Corporation "Fed Ex" LLP, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 22, 2007, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S
NOTICE OF REMOVAL**

[X]  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

Paul B. Justi, Esq.
**Law Offices of Paul B. Justi**
18 Crow Canyon Court, Suite 160
San Ramon, CA 94583
Tel: 925-837-9677 / Fax: 925-837-0548

**Attorney for Plaintiff Anthony Yarber**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 22th day of May, 2007.

| Valerie Dimalanta-Segal | Valerie Dimalanta-Segal |
|---|---|
| (typed) | (signature) |