DAVID S. WILSON, III, ESQ. State Bar No. 174947
dswilson@fedex.com
STACEY O. JUE, ESQ., State Bar No. 231021
stacey.jue@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

ORIGINAL FILED
07 MAY 22 AM 10:51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY YARBER,

    Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION, a business entity; and DOES 1-25, inclusive,

    Defendants.

CASE NO.: C 07 02695 EMC

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil Local Rule 3-16 of this Court, Defendant Federal Express Corporation provides the following Certification of Interested Entities or Persons. The undersigned counsel of record for Federal Express Corporation certifies that the following parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Federal Express Corporation; and
2. Anthony Yarber.

DATED: May 22, 2007.

Respectfully submitted,

By: _____
STACEY O. JUE
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

643993

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation "Fed Ex" LLP, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 22, 2007, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S
NOTICE OF REMOVAL**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

**Paul B. Justi, Esq.**
**Law Offices of Paul B. Justi**
**18 Crow Canyon Court, Suite 160**
**San Ramon, CA  94583**
**Tel: 925-837-9677 / Fax: 925-837-0548**

**Attorney for Plaintiff Anthony Yarber**

I declare under penalty of perjury that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 22th day of May, 2007.

_____        _____
Valerie Dimalanta-Segal                       (signature)
        (typed)

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS