United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-02695 EMC

ANTHONY YARBER,

v.

FEDERAL EXPRESS CORPORATION.

_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/7/07

Signature

Counsel for FEDERAL EXPRESS CORP.
(Name of party or indicate "pro se")