**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YARBER, | No. C 07-02695 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, September 21, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case management statement shall be filed by September 14, 2007, all other deadlines are to remain as set in the initial case management scheduling order.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 9, 2007                                              FOR THE COURT,

                                                                              Richard W. Wieking, Clerk

                                                                              By: _____
                                                                              Barbara Espinoza
                                                                              Courtroom Deputy