**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 21, 2007**

**C-07-02695 CRB**

  **ANTHONY YARBER  v.  FEDERAL EXPRESS CORPORATION**

Attorneys:    Paul Justi                                Stacey Jue

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **N/A**
**PROCEEDINGS:**                                                **RULING:**

1.  Initial Case Management Conference    - Held

2.

3.

**ORDERED AFTER HEARING:**

 Parties inform the Court that they will be attending private mediation.  Depositions are to be taken

before end of year and mediation to be held in January 2008.

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For:

(X ) CASE CONTINUED TO February 01, 2007 @ 8:30 a.m.  for  Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: