**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 21, 2007**

**C-07-02874** CRB

**MYRICK TANTIADO v. POWER MEDICAL INTERVENTIONS**

Attorneys:   Stephen Henry                           Alyson Huber

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: __N/A__

**PROCEEDINGS:**                                                               **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO  November 16, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                                  Type of Trial:  ( )Jury    ( )Court

Notes: