**26(c) of the Federal Rules of Civil Procedure. Nor shall any party be precluded from moving the Court for relief from this Order if, in practice, the terms of the Order are inhibiting the efficient conduct of this litigation.**

DATED: October 16, 2007    FEDERAL EXPRESS CORPORATION

By: _____
Stacey O. Jue, Esq.
Attorney for Defendant Federal Express Corporation


DATED: October 10, 2007    LAW OFFICES OF PAUL B. JUSTI

By: _____
Paul B. Justi, Esq.
Attorney for Plaintiff Anthony Yarber


IT IS SO ORDERED


Dated:_____

_____
THE HONORABLE CHARLES R. BREYER

698554