EXHIBIT "A"

EXHIBIT A

PROTECTIVE AGREEMENT

I hereby acknowledge that I am being given access to "confidential" information that is the subject of a Protective Order in the case entitled <u>Anthony Yarber v. Federal Express Corporation</u>, Court File No. C07-02695 (CRB), pending in the United States District Court for the Northern District of California. I agree that I shall maintain "CONFIDENTIAL" documents and information in confidence and will use said documents and information for no other purpose than as provided in the Protective Order. I understand that I can be subject to sanctions for violation of this agreement. I further agree that upon the conclusion of my having any need for further access to "CONFIDENTIAL" documents and information provided to me, upon the final termination of this litigation (including appeals, if any), or upon request by the person making them available to me or Order of the Court, I shall return to the person making them available to me all such documents and information provided and all copies thereof.

_____
Printed Name

_____
Signature

Address:

_____

_____

**STIPULATED PROTECTIVE ORDER**                              C07-02695 CRB