IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY YARBER,

    Plaintiff,

  v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

                                    /

No. C 07-02695 CRB

**ORDER**

    The parties' stipulated protective order is DENIED because it does not comply with Civil Local Rule 79-5.

    **IT IS SO ORDERED.**

Dated: Oct. 17, 2007

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE