**ORIGINAL**

1  DAVID S. WILSON, III, ESQ. State Bar No. 174947
   dswilson@fedex.com
2  STACEY O. JUE, ESQ., State Bar No. 231429
   stacey.jue@fedex.com
3
   **FEDERAL EXPRESS CORPORATION**
4  2601 Main Street, Suite 340
   Irvine, California 92614
5  Telephone:  (949) 862-4638
   Facsimile:   (949) 862-4605
6
   Barak J. Babcock, Esq. (*Admission Pro Hac Vice pending*)
7  bjbabcock@fedex.com

8  **FEDERAL EXPRESS CORPORATION**
   3620 Hacks Cross Road, Building B
9  Memphis, Tennessee 38125
   Telephone: (901) 434-8562
10 Facsimile:  (901) 434-4523

11 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION,
12

13                    UNITED STATES DISTRICT COURT

14              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 ANTHONY YARBER,                    )    CASE NO.:   C07-02695 CRB
16                                    )
                   Plaintiff,         )    ~~(Proposed)~~
17        vs.                         )    ORDER GRANTING APPLICATION
                                      )    FOR ADMISSION OF ATTORNEY *PRO*
18 FEDERAL EXPRESS CORPORATION, a     )    *HAC VICE*
   business entity; and DOES 1-25, inclusive, )
19                                    )
                   Defendants.        )
20

21

22 _____

23        Barak J. Babcock, an active member in good standing with the States of Tennessee,

24 Minnesota, Wisconsin, and the Commonwealth of Pennsylvania whose business address and

25 telephone number is Federal Express Corporation, 3620 Hacks Cross Road, Second Floor –

26 Building B, Memphis, Tennessee 38125, having applied in the above-entitled action for

27

28

                                        1

1 | admission to practice in the Northern District of California on a *pro hac vice* basis, representing
2 | Federal Express Corporation.
3 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5 | *vice*. Service of papers upon and communication with co-counsel designated in the application
6 | will constitute notice to the party. All future filings in this action are subject to the requirements
7 | contained in General Order No. 45, *Electronic Case Filing*.
8 | Dated: Jan. 15, 2008
9 |                       United States District Judge Charles R. Breyer

Doc. 714173

-2-