DAVID S. WILSON, III, ESQ. State Bar No. 174947
dswilson@fedex.com
STACEY O. JUE, ESQ., State Bar No. 231429
stacey.jue@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

PAUL B. JUSTI, ESQ., State Bar No. 124727
18 Crow Canyon Court, Suite 160
San Ramon, CA 94583
Telephone: (925) 837-9677
Facsimile: (925) 837-0548

Attorney for Plaintiff
ANTHONY YARBER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY YARBER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a business entity; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C07-02695 CRB<br><br>**STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**<br><br>[Proposed Order filed concurrently herewith] |

Now come the parties, ANTHONY YARBER ("Plaintiff") and Defendant FEDERAL EXPRESS CORPORATION by and through counsel, and pursuant to

1

1  Rule 41(a)(1) file this Stipulated Entry Of Dismissal <u>With Prejudice</u> of Plaintiff's
2  above-styled action, with each party to bear its or her own costs and fees.
3
4  Plaintiff's above-styled action, styled *Anthony Yarber v. Federal Express*
5  *Corporation*, Case No. C07-02695 CRB (originally filed as Case No. RG 07321738 in
6  the Superior Court of California for the County of Alameda) is accordingly dismissed
7
8  with prejudice. Each party shall be responsible for their own costs and attorneys fees.

## ORDER

**IT IS SO ORDERED**

Dated: _____, 2008

_____
Honorable Charles R. Breyer
U.S. District Judge

**SUBMITTED**

Dated: January 08, 2008

By: _____
Paul B. Justi
Law Offices of Paul B. Justi
18 Crow Canyon Court, Suite 160
San Ramon, CA 94583
T: (925) 837-9677
F: (925) 837-0548

Attorney for Plaintiff
ANTHONY YARBER

By: _____
Stacey Jue, Esq.
2601 Main Street, Suite 340
Irvine, CA 92614
T: (949) 862-4558
F: (949) 862-4605

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

715183

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 22, 2008, I served a copy of:

**STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at FedEx, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with FedEx's ordinary business practices.

I am readily familiar with FedEx's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of FedEx's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at FedEx with postage thereon fully prepaid for collection and mailing.

**Paul B. Justi, Esq.**
**Law Offices of Paul B. Justi**
**18 Crow Canyon Court, Suite 160**
**San Ramon, CA 94583**
**Tel: 925-837-9677 / Fax: 925-837-0548**
**Attorney for Plaintiff Anthony Yarber**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 22nd day of January, 2008.

_____
Deborah A. Purnell