1  DAVID S. WILSON, III, ESQ. State Bar No. 174947
   dswilson@fedex.com
2  STACEY O. JUE, ESQ., State Bar No. 231429
   stacey.jue@fedex.com
3  FEDERAL EXPRESS CORPORATION
   2601 Main Street, Suite 340
4  Irvine, California 92614
   Telephone:  (949) 862-4638
5  Facsimile:   (949) 862-4605

6  Attorneys for Defendant
7  FEDERAL EXPRESS CORPORATION

8  PAUL B. JUSTI, ESQ., State Bar No. 124727
9  18 Crow Canyon Court, Suite 160
   San Ramon, CA 94583
10 Telephone:  (925) 837-9677
   Facsimile:   (925) 837-0548

11 Attorney for Plaintiff
12 ANTHONY YARBER

13

14                **UNITED STATES DISTRICT COURT**

15   **NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION**

16

17  ANTHONY YARBER,                    CASE NO.:   C07-02695 CRB

18

19            Plaintiff,              **[PROPOSED] ORDER PURSUANT
                                      TO THE PARTIES' STIPULATED
20      vs.                           ENTRY OF DISMISSAL WITH
                                      PREJUDICE**
21  FEDERAL EXPRESS
    CORPORATION, a business entity;   [Filed concurrently with Stipulated Entry
22  and DOES 1-25, inclusive,         of Dismissal with Prejudice]

23

24            Defendants.

25

26

27      The  parties,  Anthony  Yarber  ("Plaintiff")  and  Defendant  Federal  Express

28

                                    1

Corporation, by and through counsel, and pursuant to Rule 41(a)(1)), filed a Stipulated Entry Of Dismissal <u>With Prejudice</u> of Plaintiff's above-styled action, with each party to bear its or her own costs and fees.

Plaintiff's above-styled action, styled *Anthony Yarber v. Federal Express Corporation,* Case No. C07-02695 CRB (originally filed as Case No. RG 07321738 in the Superior Court of California for the County of Alameda) is accordingly dismissed with prejudice.  Each party shall be responsible for their own costs and attorneys fees.

## ORDER

**IT IS SO ORDERED**

Dated: _____, 2008

_____
Honorable Charles R. Breyer
U.S. District Judge

715188

[PROPOSED] ORDER RE STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

1

## CERTIFICATE OF SERVICE

2      I declare that I am employed with the Legal Department of Federal Express

3  Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California  92614.

4  I am not a party to the within cause, and I am over the age of eighteen years.

5      I further declare that on January $2\chi$, 2008, I served a copy of:

6

7  **[PROPOSED] ORDER PURSUANT TO THE PARTIES' STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**

8

☒   **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy

9      thereof enclosed in a sealed envelope with postage thereon fully

10     prepaid, addressed as follows, for collection and mailing at FedEx, 2601
       Main Street, suite 340, Irvine, California  92614 in accordance with

11     FedEx's ordinary business practices.

12     I am readily familiar with FedEx's practice for collection and

13     processing of correspondence for mailing with the United States Postal
       Service, and know that in the ordinary course of FedEx's business

14     practice the document(s) described above will be deposited with the

15     United States Postal Service on the same date that it (they) is (are)
       placed at FedEx with postage thereon fully prepaid for collection and

16     mailing.

17

18                      **Paul B. Justi, Esq.**
                  **Law Offices of Paul B. Justi**
19              **18 Crow Canyon Court, Suite 160**
                    **San Ramon, CA  94583**
20            **Tel:  925-837-9677 / Fax:  925-837-0548**
                **Attorney for Plaintiff Anthony Yarber**
21

22      I declare under penalty of perjury that the foregoing is true and correct.    I

23  declare that I am employed in the office of a member of the bar of this court at whose
    direction the service was made.

24      Executed at Irvine, California, this 22nd day of January, 2008.

25

26                          Deborah A. Purnell

27

28

**[PROPOSED] ORDER RE STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**