DAVID S. WILSON, III, ESQ. State Bar No. 174947
dswilson@fedex.com
STACEY O. JUE, ESQ., State Bar No. 231429
stacey.jue@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:   (949) 862-4638
Facsimile:    (949) 862-4605

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION


PAUL B. JUSTI, ESQ., State Bar No. 124727
18 Crow Canyon Court, Suite 160
San Ramon, CA 94583
Telephone:   (925) 837-9677
Facsimile:    (925) 837-0548

Attorney for Plaintiff
ANTHONY YARBER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY YARBER,<br><br>           Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a business entity; and DOES 1-25, inclusive,<br><br>           Defendants. | CASE NO.:   C07-02695 CRB<br><br>[PROPOSED] ORDER PURSUANT TO THE PARTIES' STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE<br><br>[Filed concurrently with Stipulated Entry of Dismissal with Prejudice] |

   The parties, Anthony Yarber ("Plaintiff") and Defendant Federal Express

[PROPOSED] ORDER RE STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

1  Corporation, by and through counsel, and pursuant to Rule 41(a)(1)), filed a Stipulated

2  Entry Of Dismissal <u>With Prejudice</u> of Plaintiff's above-styled action, with each party
3
4  to bear its or her own costs and fees.

5  Plaintiff's above-styled action, styled *Anthony Yarber v. Federal Express*
6
7  *Corporation*, Case No. C07-02695 CRB (originally filed as Case No. RG 07321738 in

8  the Superior Court of California for the County of Alameda) is accordingly dismissed

9  with prejudice. Each party shall be responsible for their own costs and attorneys fees.
10
11
12
                                    **ORDER**
13
       **IT IS SO ORDERED**
14
15
    Dated: January 23 , 2008
16                                          _____
                                            Honorable Charles R. Breyer
17                                          U.S. District Judge
18
19  715188



---

2

**[PROPOSED] ORDER RE STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE**